ORIGINAL

372053.3
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI      #2498-0
GREGG M. USHIRODA    #5868-0
KAREN Y. ARIKAWA     #7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii  96813
Telephone No. (808) 544-8300
Facsimile No.  (808) 544-8399
E-Mail Address:  karikawa@wik.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2006

at 2 o'clock and 56 min. P.M.
SUE BEITIA, CLERK

Attorneys for Defendants
**SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS,
and OPPORTUNITIES FOR THE RETARDED, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for Retarded, Inc.; ANN K. HIGA, in her capacity as Vice President of Opportunities for the Retarded, Inc.; MARY REAVIS, in her capacity as Waiver Program Director of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawaii corporation,<br><br>Defendants. | CIVIL NO. CV05-00557 DAE-LEK<br><br>**NOTICE OF MOTION; DEFENDANTS SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.'S MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE**<br><br>HEARING<br><br>DATE:<br>TIME:<br>JUDGE: Honorable David Alan Ezra<br><br>TRIAL DATE: |

## NOTICE OF MOTION

TO:   LOUIS ERTESCHIK, ESQ.
      900 Fort Street, Suite 1040
      Honolulu, Hawaii 96813

   Attorney for Plaintiff
   **HAWAII DISABILITY RIGHTS CENTER**

NOTICE IS HEREBY GIVEN that Defendants Susanna F. Cheung, Ann K. Higa, Mary Reavis, and Opportunities for the Retarded, Inc.'s Motion for Summary Judgment shall come on for hearing before the **Honorable David Alan Ezra**, Judge of the above-entitled Court, in his courtroom in the PJKK Federal Building, 300 Ala Moana Boulevard, Honolulu, Hawaii, at _____, on _____, **2006**, or as soon thereafter as counsel can be heard.

   DATED:  Honolulu, Hawaii, April 26, 2006.

                              _____
                              JOHN T. KOMEIJI
                              GREGG M. USHIRODA
                              KAREN Y. ARIKAWA
                              Attorneys for Defendants
                              **SUSANNA F. CHEUNG, ANN K. HIGA,
                              MARY REAVIS, AND OPPORTUNITIES FOR THE
                              RETARDED, INC.**

2

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, a Hawaii corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for Retarded, Inc.; ANN K. HIGA, in her capacity as Vice President of Opportunities for the Retarded, Inc.; MARY REAVIS, in her capacity as Waiver Program Director of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawaii corporation,<br><br>      Defendants. | CIVIL NO. CV05-00557 DAE-LEK<br><br>**DEFENDANTS SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.'S MOTION FOR SUMMARY JUDGMENT** |

**DEFENDANTS SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.'S
<u>MOTION FOR SUMMARY JUDGMENT</u>**

      Comes now Defendants SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC. ("ORI") (hereinafter collectively referred to as "Defendants") by and through their counsel, WATANABE ING & KOMEIJI LLP, and pursuant to Federal Rules of Civil Procedure Rule 56, hereby move for summary judgment as to all claims against them in Plaintiff

HAWAII DISABILITY RIGHTS CENTER's Complaint for Declaratory and Injunctive Relief filed on August 25, 2005.

ORI brings this motion in accordance with Rules 7 and 56 of the Federal Rules of Civil Procedure and all applicable local rules of practice for the United States District Court for the District of Hawaii, and bases it upon the attached memorandum in support of its motion, and the entire record herein.

DATED: Honolulu, Hawaii, April 26, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendants
**SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.**