## TABLE OF CONTENTS

I.    INTRODUCTION . . . . . . . . . . . . . . . . . . . 1

II.   STANDARD FOR SUMMARY JUDGMENT  . . . . . . . . . . 2

III.  UNDISPUTED FACTS    . . . . . . . . . . . . . . . 3

      A.   ORI, GENERALLY  . . . . . . . . . . . . . . 3

      B.   ORI'S INTERACTION WITH PLAINTIFF . . . . . . . 5

IV.   ARGUMENT . . . . . . . . . . . . . . . . . . . . 6

      A.   PLAINTIFF HAS NO BASIS IN FACT TO SUPPORT
           ITS ALLEGATION THAT IT WAS DENIED ACCESS. . . . . 7

      B.   EVEN IF PLAINTIFF'S ALLEGATIONS WERE TAKEN
           TO BE TRUE, PLAINTIFF STILL CANNOT
           ESTABLISH ANY LIABILITY AGAINST DEFENDANTS. . . . 8

           1.   PLAINTIFF MISAPPLIES FEDERAL
                STATUTORY AUTHORITY  . . . . . . . . . . 9

                a.   RECORDS . . . . . . . . . . . . . . 9

                b.   FACILITIES AND INDIVIDUALS WITH
                     DEVELOPMENTAL DISABILITIES . . . . . . 12

           2.   ORI IS HEAVILY REGULATED BY STATE AND
                FEDERAL STATUTORY AND CONTRACTUAL
                PROVISIONS THAT CONFLICT WITH PLAINTIFF'S
                PURPORTED "FEDERAL MANDATE" . . . . . . . . 12

                a.   ORI'S CONTRACT WITH THE STATE OF
                     HAWAII REQUIRES ORI TO MAINTAIN
                     THE STRICT CONFIDENTIALITY OF
                     ITS CLIENT'S RECORDS . . . . . . . . 13

i.   HAR § 17-1401 . . . . . . . . . . 14

ii.  HAR § 17-1439 . . . . . . . . . . 16

iii. HAR § 17-1454 . . . . . . . . . . 17

b.   ORI'S CONTRACT WITH THE DEPARTMENT
     OF DEFENSE PROHIBITS ORI FROM
     RELEASING ANY CLASSIFIED INFORMATION
     WITHOUT OBTAINING PRIOR GOVERNMENT
     APPROVAL . . . . . . . . . . . . . . 18

V.   CONCLUSION . . . . . . . . . . . . . . . . . . . 21

## TABLE OF AUTHORITIES

**FEDERAL CASES**

Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 248 (1986) . . . 3

Celotex Corp. v. Catrett, 477 U.S. 317, 323-24 (1986) . . . . . 2

Daubert v. Merrell Dow Pharms., Inc., 43 F.3d 1311, 1315
      (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . 2

Fazio v. San Francisco, 125 F.3d 1328, 1331
      (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . 3

O.S.C. Corp. v. Apple Computer, Inc., 792 F.2d 1464, 1467
      (9th Cir. 1986) . . . . . . . . . . . . . . . . . . . . . 3

O'Connor v. Boeing N. Am., Inc., 311 F.3d 1139, 1149-50
      (9th Cir. 2002) . . . . . . . . . . . . . . . . . . . . . 2

Scribner v. Worldcom, Inc., 249 F.3d 902, 907
      (9th Cir. 2001) . . . . . . . . . . . . . . . . . . . . . 3

Summers v. A. Teicher & Son, Inc., 127 F.3d 1150, 1152
      (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . 3

Tritton Energy Corp. v. Square D. Co., 68 F.3d 1216, 1220
      (9th Cir. 1995) . . . . . . . . . . . . . . . . . . . . . 2

**FEDERAL STATUTES**

42 U.S.C. § 15043 . . . . . . . . . . . . . . . . . . . . 6, 9

42 U.S.C. § 15001 . . . . . . . . . . . . . . . . . . . . . . 1

**STATE STATUTES**

Haw. Rev. Stat. § 333F-8.5 . . . . . . . . . . . . . . . . 1, 6

Haw. Rev. Stat. § 333F-8.5(c) . . . . . . . . . . . . . . . . 9

**FEDERAL RULES**

Federal Rules of Civil Procedure Rule 56 . . . . . . . . . - 1 -

**FEDERAL REGULATIONS**

45 C.F.R. § 1386 . . . . . . . . . . . . . . . . . . . . . 9

45 C.F.R. § 1386.22(a)(2) . . . . . . . . . . . . . . . . . 10

45 C.F.R. § 1386.22(f) . . . . . . . . . . . . . . . . . 12