## CERTIFICATE OF COMPLIANCE

I hereby certify that Defendants Susanna F. Cheung, Ann K. Higa, Mary Reavis, and Opportunities for the Retarded, Inc.'s Motion for Summary Judgment in the above-referenced matter complies with Local Rule 7.5 of the Local Rules of Practice for the United States District Court for the District of Hawaii. In accordance with the word count measured by our word processing software, the memorandum contains 4,628 words.

DATED: Honolulu, Hawaii, April 26, 2006.

_____
GREGG M. USHIRODA