IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, a Hawaii corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for Retarded, Inc.; ANN K. HIGA, in her capacity as Vice President of Opportunities for the Retarded, Inc.; MARY REAVIS, in her capacity as Waiver Program Director of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawaii corporation,<br><br>        Defendants. | CIVIL NO. CV05-00557 DAE-LEK<br><br>CERTIFICATE OF SERVICE |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was duly served on the following by depositing same in the United States Mail, postage prepaid, addressed to their following last known address:

LOUIS ERTESCHIK, ESQ.
900 Fort Street, Suite 1040
Honolulu, Hawaii 96813

Attorney for Plaintiff
**HAWAII DISABILITY RIGHTS CENTER**

DATED: Honolulu, Hawaii, April 26, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendants
**SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.**