ORIGINAL

314875.1
WATANABE ING & KOMEIJI LLP
A Limited Liability Law Partnership

JOHN T. KOMEIJI     #2498-0
GREGG M. USHIRODA   #5868-0
KAREN Y. ARIKAWA    #7684-0
First Hawaiian Center
999 Bishop Street, 23rd Floor
Honolulu, Hawaii 96813
Telephone No. (808) 544-8300
Facsimile No.  (808) 544-8399
E-Mail Address: karikawa@wik.com



Attorneys for Defendants
**SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS,
and OPPORTUNITIES FOR THE RETARDED, INC.**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII DISABILITY RIGHTS CENTER, a Hawaii corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Officer of Opportunities for Retarded, Inc.; ANN K. HIGA, in her capacity as Vice President of Opportunities for the Retarded, Inc.; MARY REAVIS, in her capacity as Waiver Program Director of Opportunities for the Retarded, Inc.; and OPPORTUNITIES FOR THE RETARDED, INC., a Hawaii corporation,<br><br>Defendants. | CIVIL NO. CV05-00557 DAE-LEK<br><br>**DEFENDANTS SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT; DECLARATION OF GREGG M. USHIRODA; DECLARATION OF ANN HIGA; DECLARATION OF MARY REAVIS; EXHIBITS "A" - "I"; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE**<br><br>HEARING<br><br>DATE:<br>TIME:<br>JUDGE: Honorable David Alan Ezra<br><br>TRIAL DATE: |

**DEFENDANTS SUSANNA F. CHEUNG, ANN K. HIGA, MARY REAVIS, AND OPPORTUNITIES FOR THE RETARDED, INC.'S CONCISE STATEMENT OF FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Comes now Defendants Susanna F. Cheung, Ann K. Higa, Mary Reavis, and Opportunities for the Retarded, Inc., by and through undersigned counsel, and hereby submit their concise statement of facts pursuant to Local Rule 56.1 of the Rules of the United States District Court for the District of Hawaii.

| UNDISPUTED FACT | EVIDENCE |
|---|---|
| Plaintiff HAWAII DISABILITY RIGHTS CENTER ("Plaintiff") claims to be the State's designated protection and advocacy system. | See Complaint for Declaratory and Injunctive Relief filed on August 25, 2005 ("Complaint") attached hereto as Exhibit "A" at ¶7. |
| OPPORTUNITIES FOR THE RETARDED, INC. ("ORI") was founded in 1980 to address the needs of adults with developmental disabilities. | See Declaration of Ann Higa ("Higa Dec.") at ¶ 3 |
| Sometime before August 4, 2005, the Office of the Public Guardian ("OPG") issued blanket consent forms to Plaintiff for five of ORI's clients. | See Complaint at ¶ 18 |
| The blanket consent forms did not specify an expiration date. | See Declaration of Mary Reavis ("Reavis Dec."); Consent Forms attached as Exhibit "B". |
| The five clients Plaintiff sought access to were not Immediate Care Facilities ("ICF") clients, but rather, participants of the Medicaid waiver program. | See Complaint at ¶ 18; Reavis Dec. at |

| | |
|---|---|
| The ICF program is an entirely separate program from the Medicaid waiver program and is not governed by the same regulations and reviews. | See Reavis Dec. |
| Plaintiff alleges that on August 4, 2005, it was denied access to five of ORI's clients and their individual records, to records relevant to the CMS audit, and to the facility. | See Complaint at ¶ 21 |
| Plaintiff was provided access to four out of the five clients it requested to see on August 4, 2005. | See Reavis Dec. |
| The only client Plaintiff did not have access to on August 4, 2005 was the client who was absent that day. | See Reavis Dec. |
| ORI currently has a contract with the State of Hawaii to provide Medicaid waiver services to individuals admitted into Hawaii's Home and Community Based Services for Persons with Developmental Disabilities/Mental Retardation Medicaid Waiver Program. | See Higa Dec. at ¶ 8; State Contract attached as Exhibit "E" |
| In March, 2004, ORI began the process of obtaining clearance to enter into a contract with the military for the performance of services. | See Higa Dec. at ¶ 10 |
| ORI obtained interim clearance from the military in August 2004, and final clearance in August, 2005. | See Higa Dec. at ¶ 10 |
| ORI entered into a contract with the military, and is now subject to the regulations set forth in the National Industrial Security Program Operating Manual ("Manual"), authored by the Department of Defense. | See Higa Dec. at ¶ 11; Manual attached as Exhibit "I" |

DATED: Honolulu, Hawaii, April 26, 2006.

_____
JOHN T. KOMEIJI
GREGG M. USHIRODA
KAREN Y. ARIKAWA
Attorneys for Defendants
**SUSANNA F. CHEUNG, ANN K. HIGA,
MARY REAVIS, AND OPPORTUNITIES FOR THE
RETARDED, INC.**