# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:   CIVIL NO. 05-00557DAE-LEK

CASE NAME:    Hawai'i Disability Rights Center, a Hawaii Corporation vs. Susanna F. Cheung, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Leslie E. Kobayashi          REPORTER:

DATE:    5/24/2006                    TIME:

COURT ACTION:  EO: Re: Defendants Susanna F. Cheung, Ann K. Higa, Mary Reavis, Opportunities for the Retarded, Inc.'s Motion for Summary Judgment currently set for 9:45 6/19/06 before Judge David Alan Ezra.

Parties are in agreement and the Court has approved that the deadline for the Memorandum in Opposition to the Motion for Summary Judgment previously due 6/1/06 is now due **6/8/06**.

Cc: all counsel

Submitted by: Warren N. Nakamura, Courtroom Manager