IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| HAWAI`I DISABILITY RIGHTS CENTER, a Hawai`i Corporation, | ) ) ) ) | CIVIL NO. 05-00557 DAE-LEK |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| SUSANNA F. CHEUNG, in her capacity as President and Chief Executive Orfficer of Opportunities for the Retarded, Inc., et al., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The Court retains jurisdiction to reopen the proceeding within thirty days of this order, upon good cause shown, if the settlement conditions have not been satisfied.

IT IS SO ORDERED.

DATED at Honolulu, Hawai`i, June 2, 2006.

_____
David Alan Ezra
United States District Judge